**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1114**

---

TONY GENE FORRESTER.

Plaintiff - Appellant.

v.

BARBARA LACINA; VICTORIA ANN LATHAM; TEARA S. DARGAN,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda L. Wright Allen, District Judge.  (4:23-cv-00019-AWA-DEM)

---

Submitted:  December 5, 2024                    Decided:  December 9, 2024

---

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Tony Gene Forrester, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Gene Forrester appeals the district court's order dismissing his complaint without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Forrester v. Lacina*, No. 4:23-cv-00019-AWA-DEM (E.D. Va. Jan. 9, 2024). We deny Forrester's motion to seal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*